**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-00516-REB

RANDALL A. DONOVAN,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

**ORDER**

---

**Blackburn, J.**

      Proceeding under D.C.COLO.LCivR 72.2(d), the parties have consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) by filing the **Consent to the Exercise of Jurisdiction by a United States Magistrate Judge** [#13],[1] filed September 4, 2015.  Thus, the case should be drawn to a magistrate judge.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That under D.C.COLO.LCivR 40.1(a) and (b) this action shall be co-assigned to a full-time magistrate judge;

      2.  That the case caption shall include the initials of both the district judge and the magistrate judge to whom the case is assigned; and

      3.  That once a magistrate judge has been co-assigned, this court will issue an order of reference under D.C.COLO.LCivR 72.2(e) reassigning the action to the magistrate judge currently co-assigned to the case.

---

[1] "[#17]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

Dated December 4, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge